## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

CHAD DAVID LONG                                                          PLAINTIFF

V.                                    4:19MC0007 JM

ANDY CECERE (CEO OF U.S. BANK
NATIONAL ASSOCIATION),
LADAWNA FLECKENSTEIN (MARINOSCI,
LAW GROUP, P.C.),
BILL BECKMAN (CEO OF MERSCORP
HOLDINGS INC./MERS Inc.),
OCCUPANT OF THE OFFICE OF SECRETARY
OF VETERAN AFFAIRS (ROBERT
WILKIE), DOES 1-100                                                     DEFENDANTS

### ORDER

The Court has reviewed Plaintiff's pleadings filed as a miscellaneous case on this date.

The Court finds that the case does not qualify as a miscellaneous case and the Clerk is directed to

file the case as a civil case. In order to proceed, Plaintiff is required to pay the full filing fee

within fifteen (15) days of the entry of this Order. Plaintiff's motion to file under seal is

DENIED.

IT IS SO ORDERED this 10th day of April, 2019.

James M. Moody Jr.
United States District Judge